21278.   HASTY *v.* THE STATE.

BLOODWORTH, J.   1. The demurrer to the indictment was properly over-ruled.

2. The special grounds of the motion for a new trial show no cause for a reversal of the judgment.

3. The evidence adduced, with legal inferences therefrom, amply authorized the defendant's conviction.

*Judgment affirmed.   Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 15, 1931.

*S. W. Fariss, D. W. Mitchell,* for plaintiff in error.

*M. Neil Andrews, solicitor-general, Dean Owens, H. D. Shattuck,* contra.